No. 176. WILLIAM E. HERRING *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 177. EULA DAY HERRING *v.* SAME. October 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Robert Ash* and *Leslie E. Martlew* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 178. BALTIMORE & CAROLINA LINE, INC. *v.* REDMAN. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. George Whitefield Betts, Jr.,* for petitioner. *Messrs. Frederick R. Graves* and *Martin A. Schenck* for respondent.

No. 210. WILBER NATIONAL BANK OF ONEONTA, ADMINISTRATOR, *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Wm. Wolff Smith* for petitioner. *Solicitor General Biggs* and *Mr. Will G. Beardslee* for the United States.

No. 211. SHANFEROKE COAL & SUPPLY CORP. *v.* WESTCHESTER SERVICE CORP. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. George C. Levin* and *Alfred B. Nathan* for petitioner. *Messrs. Ernest E. Wheeler* and *Ralph Royall* for respondent.